An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| JASON T. MATHIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 60801<br><br>**FILED**<br><br>APR 10 2013<br><br>TRACIE K. LINDE...<br>CLERK OF SUPREME...<br>BY_____<br>DEPUTY |

## ORDER OF REMAND

This is an appeal from a district court order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant has filed a motion for a remand based on the district court's certification that it has reconsidered its decision to deny appellant's petition without appointing counsel. See Foster v. Dingwall, 126 Nev. ___, ___, 228 P.3d 453, 455-56 (2010). The motion is unopposed. Cause appearing, the motion is granted and we

ORDER this matter REMANDED to the district court.[1]

_____, J.
Hardesty

_____, J.       _____, J.
Parraguirre                        Cherry

[1]This order constitutes our final disposition of this appeal. Any subsequent appeal shall be docketed as a new matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10597

cc: Hon. Jerome T. Tao, District Judge
McLetchie Law
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk